AARON D. FORD
  Attorney General
JEFFREY D. WHIPPLE, (Bar No. 16346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3792 (phone)
(702) 486-3768 (fax)
Email: jwhipple@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

```
____ FILED              ____ RECEIVED
____ ENTERED            ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC 2, 2024

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA

BY: _____ DEPUTY
```
(FILED checked)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARC A. EARLEY, | Case No. 3:24-cv-00364-MMD-CLB |
|         Plaintiff, | **ORDER GRANTING STIPULATION AND ORDER TO DISMISS** |
| v. | |
| VOSS, *et al.*, | |
|         Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Marc Earley, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of Nov, 2024.　　　DATED this 6th Day of November, 2024.

　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　Attorney General

By: /s/ MNE　　　　　　　　　　　　　　By: /s/ Jeffrey D. Whipple
MARC EARLEY　　　　　　　　　　　　　JEFFREY D. WHIPPLE (Bar No. 16346)
Plaintiff　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED December 2, 2024

_____
UNITED STATES DISTRICT JUDGE

Page 2